UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DAVID APSEY,

    Plaintiff,

v.

MPJ TRUCKING CO. LLC, *et. al.*

    Defendant

Case No. 19-cv-925

## STIPULATION OF DISMISSAL

The parties hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated: November 8, 2019

*s/ Scott S. Luzi*
Scott S. Luzi, SBN 1067405
WALCHESKE & LUZI, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: sluzi@walcheskeluzi.com
*Attorneys for Plaintiff*

*s/ David J. Van Lieshout*
David J. Van Lieshout, SBN 1012641
VAN LIESHOUT LAW OFFICE
122 East Main Street, P.O. Box 186
Little Chute, Wisconsin 54140
Telephone: (920) 788-0800
Email: davevl@littlechutelaw.com
*Attorneys for Defendants MPJ Trucking Co., LLC and Michael Grassl*

*s/ Peter J. Culp*
Peter J. Culp, SBN 1022595
DEMPSEY, EDGARTON, ST. PETER, PETAK & ROSENFELDT LAW FIRM
210 North Main Street, Suite 100
Oshkosh, Wisconsin 54903
Telephone: (920) 235-7300
Email: peterc@dempseylaw.com
*Attorneys for Defendant Soper Trucking, LLC*